```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff
```




UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              COURT NO: 91 A 11590
          Plaintiff,

     v.                                DEFAULT JUDGMENT

RAUL H. ANGULO

          Defendant(s).
_____/

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from RAUL H. ANGULO

the sum of $700.00 as principal, $263.69 as accrued prejudgment interest, $177.00 administrative charges, and $58.50 costs, plus $250.00 attorney fees for a total amount of $1,449.19, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: JAN 17 1992

                                LEONARD A. BROSNAN, CLERK
                                U.S. District Court
                                Central District of California

                                By: _____
                                       Deputy Clerk